CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

JUN -9 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT MCKINLEY BLANKENSHIP, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SUPERINTENDENT STEVE CLEAR, )<br>    Defendant(s). ) | Civil Action No. 7:16-cv-00186<br><br>**DISMISSAL ORDER**<br><br>By:   Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of June, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge